TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ANNE E. NELSON
Assistant U.S. Attorney
Arizona State Bar No. 028069
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7529
Fax: (602) 514-7760
Email: anne.nelson@usdoj.gov
*Attorneys for the United States of America*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

United States of America *ex rel.* Linda Gagner,

Plaintiff-Relator,

v.

Hospice Promise, LLC, an Arizona Corporation; Deborah Horning, an individual,

Defendants.

No. CV-22-01007-PHX-DJH

**THE UNITED STATES OF AMERICA'S RESPONSE TO ORDER TO SHOW CAUSE**

The United States of America hereby responds to the Court's Order to Show Cause (Doc. 9) and shows as follows:

1. On August 14, 2023, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States timely notified the Court of its decision not to intervene in this action. (Doc. 7).

2. While the United States is always the real party in interest in a *qui tam* action, the decision not to intervene rendered the United States a non-litigating party, and the Relator became responsible for proceeding with the litigation. *See United States ex rel. Eisenstein v. City of New York, New York*, 556 U.S. 928, 933-34 (2009); *United States ex rel. Lamers v. City of Green Bay, Wis*., 924 F. Supp. 96, 97-98 (E.D. Wis. 1996).

3. On August 22, 2023, the Court unsealed the Relator's Complaint and the United States' Notice of Declination and ordered the Relator to serve the Complaint on the Defendants. (Doc. 8).

4. A review of the docket reflects that the Relator has not served the Defendants.

5. Pursuant to 31 U.S.C. § 3730(b)(1), a relator represented by counsel may maintain a declined *qui tam* action in the name of the United States; however, the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.*

6. The United States does not know the Relator's intention with respect to this action. Undersigned counsel has contacted counsel Troy Foster and Krista Karstens, who have indicated they no longer represent the Relator in this matter, though remain as counsel on the docket.

7. As the Ninth Circuit, this Court, and many others have held, a relator is not permitted to pursue a False Claims Act *qui tam* action without counsel. *See, e.g.*, *United States ex rel. Welch v. My Left Foot Children's Therapy, LLC*, 871 F.3d 791, 800 n.2 (9th Cir. 2017) ("a relator cannot pursue a FCA claim pro se"); *Robbins v. Alexandria Redevelopment Hous. Auth.*, No. CV-22-01216-PHX-MTL, 2023 WL 4098768, at *1 (D. Ariz. Apr. 11, 2023) (dismissing *qui tam* complaint after ordering *pro se* relator to retain counsel and relator failed to do so), *appeal dismissed*, No. 23-15670, 2024 WL 1947155 (9th Cir. Feb. 29, 2024).

8. In the event the Relator consents to dismissal of this action, or the Court otherwise orders dismissal of this action, the United States hereby provides, pursuant to 31 U.S.C. § 3730(b)(1), its consent to the dismissal of this action without prejudice to the rights of the United States. This consent is based on the United States' determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

/ / /

RESPECTFULLY SUBMITTED July 11, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Anne E. Nelson*
ANNE E. NELSON
Assistant United States Attorney
*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, I caused the foregoing **THE UNITED STATES OF AMERICA'S RESPONSE TO ORDER TO SHOW CAUSE** to be filed with the Clerk of the Court and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed as counsel in this case.

*s/ M. Beickert*
Office of the United States Attorney